Same case below, 592 F.3d 602.

No. 09-11340. Anthony Benjamin, Petitioner v. Mrs. Andrew, et al.

562 U.S. 875, 131 S. Ct. 182, 178 L. Ed. 2d 109, 2010 U.S. LEXIS 6781.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 09-11341. Phillip Jackson, Petitioner v. McKither Bodison, Warden.

562 U.S. 875, 131 S. Ct. 182, 178 L. Ed. 2d 109, 2010 U.S. LEXIS 6473.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 426.

No. 09-11343. Ronald F. Martinez, Petitioner v. L. E. Scribner, Warden.

562 U.S. 875, 131 S. Ct. 182, 178 L. Ed. 2d 109, 2010 U.S. LEXIS 6451.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-11344. Ernest Miller, Petitioner v. California.

562 U.S. 875, 131 S. Ct. 183, 178 L. Ed. 2d 109, 2010 U.S. LEXIS 6567.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

No. 09-11345. John Paul Minarik, Petitioner v. Pennsylvania.

562 U.S. 875, 131 S. Ct. 183, 178 L. Ed. 2d 109, 2010 U.S. LEXIS 6587.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 970 A.2d 473.

No. 09-11347. Sylvester Leon Little, Petitioner v. North Carolina.

562 U.S. 875, 131 S. Ct. 183, 178 L. Ed. 2d 109, 2010 U.S. LEXIS 6690.

October 4, 2010. Petition for writ of certiorari to the Superior Court of North Carolina, Anson County, denied.

No. 09-11348. Orville C. Massey, Jr., Petitioner v. David Ballard, Warden.

562 U.S. 875, 131 S. Ct. 183, 178 L. Ed. 2d 109, 2010 U.S. LEXIS 6597.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 363 Fed. Appx. 243.